August 9, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

THE CITY OF HOUSTON, TEXAS, Appellant

NOS. 14-10-00944-CV,

14-11-00417-CV                          V.

TRAIL ENTERPRISES, INC.  D/B/A WILSON OIL COMPANY, THOMAS G.
ROGERS, CATHERINE BAUMANN, CAROLINE WHIPPLE, MRS. S. KELLEY
BRUCE, JOHN HOBBS KELLEY, MARY VIRGINIA KELLEY INGRAM,
DAYSTAR OIL AND GAS CORPORATION, JOHN ALEXANDER, REBECCA
BRUCE JONES, ELEANOR BRUCE MCREYNOLDS, ROBERT D. BRUCE, AND
INTERVENOR, MARY BRUCE, Appellees

_____

This cause, an appeal from a judgment in favor of appellees, Trail Enterprises, Inc. d/b/a Wilson Oil Company, Thomas G. Rogers, Catherine Baumann, Caroline Whipple, Mrs. S. Kelley Bruce, John Hobbs Kelley, Mary Virginia Kelley Ingram, Daystar Oil and Gas Corporation, John Alexander, Rebecca Bruce Jones, Eleanor Bruce McReynolds, Robert D. Bruce, and Intervenor, Mary Bruce, signed September 22, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellees take nothing on their claims.

We order appellees to pay all costs incurred in this appeal. We further order this decision certified below for observance.